CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
david@karlinlaw.com
Attorneys for Defendant: Tien T. Vu; Van T. Vu

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIEN T. VU;<br>VAN T. VU; and Does 1-10,<br><br>　　　　Defendants. | Case: 8:18-CV-00919-ODW-PLA<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 30, 2018        CENTER FOR DISABILITY ACCESS

                                              By:    /s/ Phyl Grace
                                                        Phyl Grace
                                                        Attorneys for Plaintiff

Dated: November 30, 2018        THE KARLIN LAW FIRM LLP

                                              By:    /s/ David E. Karlin
                                                       David E. Karlin
                                                        Attorney for Defendants
                                                        Tien T. Vu and Van T. Vu

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David E. Karlin, counsel for Tien T. Vu and Van T. Vu, and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: November 30, 2018     CENTER FOR DISABILITY ACCESS

                                        By:   /s/ Phyl Grace
                                               Phyl Grace
                                               Attorneys for Plaintiff

3