UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 8:18-cv-00919-ODW(JPA) | Date | December 3, 2018 |
|-----|------------------------|------|------------------|
| Title | *Nehemiah Kong v. Tien T. Vu, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|------------------------|--------------------------------------------------|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not present | Not present |

**Proceedings:**          **In Chambers**


In light of the Parties recent Notice of Settlement filed November 30, 2018, the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than January 30, 2019, why settlement has not been finalized. **No hearing will be held.** All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this order upon the filing of a dismissal that complies with the Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED**.


                                                          :          00

Initials of Preparer          SE